**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **CHRISTOPHER W. COTTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07CV2003-DJS |
| | ) |
| **MICHAEL J. ASTRUE,** Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

<u>**ORDER**</u>

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #10] is accepted and adopted.

Dated this ___19th___ day of February, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE